# EXHIBIT 2

**From:** Chris Schulz <cschulz@slh-law.com>
**Date:** Tuesday, April 1, 2025 at 3:22 PM
**To:** Amy Welborn <amy@welborn-law.com>
**Subject:** Re: Service

We will accept service.

Sent from my iPhone

> On Apr 1, 2025, at 3:20 PM, Welborn, Amy <amy@welborn-law.com> wrote:
>
> Chris,
>
> Should we have your clients served?  I did not hear back from you as it if you wil accept service.
>
> Amy
>
> Amy Welborn, Managing Partner
> Welborn Law LLC
> 8127 Mesa, Suite B206
> Austin, Texas 78759
> 512.825.3390
> amy@welborn-law.com
> **Error! Filename not specified.**

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.