IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROSS PONDER, SARAH PONDER, H.P., L.P., and R.P. | § § § | |
| V. | § § | Civil No. 1:25-CV-615-ADA-SH |
| AUSTIN MONTESSORI SCHOOL, INC., RONALD GRAE BAKER, and JINNY GONZALEZ | § § § § | |

ORDER

The above captioned cause, having been removed to this Court on April 24, 2025, from the 345th Judicial District Court, Travis County, TX, D-1-GN-25-002212, and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this 25th day of April, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE