# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, §<br>INDIVIDUALLY, AND AS NEXT FRIEND §<br>OF H.P., L.P., and R.P., MINORS, §<br>   *Plaintiffs,* §<br>§<br>v. §<br>§<br>AUSTIN MONTESSORI SCHOOL, INC.; §<br>RONALD GRAE BAKER, INDIVIDUALLY; §<br>and JINNY GONZALEZ, INDIVIDUALLY, §<br>   *Defendants.* § | CIVIL ACTION NO. 1:25-cv-00615-ADA-SH |

## AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Notice of Removal and all attachments (Dkt. 1) filed in federal court was served on all counsel of record on April 24, 2025, following the Texas Rules of Civil Procedure via electronic service through the state court's e-filing system. In addition, a copy of Docket 1 and its attachments was emailed to Plaintiffs' counsel on April 25, 2025.

Respectfully submitted,

**SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP**

Travis Building
9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
Telephone: 512-840-0022
Facsimile: 210-538-5384

By: */s/ Christopher Schulz*
CHRISTOPHER SCHULZ
State Bar No. 24060576
Email: cshulz@slh-law.com
ELIZABETH ANGELONE
State Bar No. 24077349
Email: eanglone@slh-law.com
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Plaintiffs, namely:

Amy C. Welborn
WELBORN LAW LLC
8712 Mesa Suite B206
Austin, Texas 78759
Email: amy@welborn-law.com

                                                                */s/ Christopher Schulz*
                                                                Attorney for Defendants