UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, INDIVIDUALLY, AND AS NEXT FRIEND OF H.P., L.P., and R.P., MINORS,<br>    *Plaintiffs,*<br><br>v.<br><br>AUSTIN MONTESSORI SCHOOL, INC.; RONALD GRAE BAKER, INDIVIDUALLY; and JINNY GONZALEZ, INDIVIDUALLY,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:25-cv-00615-ADA-SH<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Elizabeth A. Angelone is entering an appearance on behalf of Defendants. Please include and serve all further notice and copies of pleadings, papers, communications, and other materials relevant to this action to Ms. Angelone at the address below. Christopher H. Schulz remains the lead counsel/counsel in charge.

Respectfully submitted,

**SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP**

Travis Building
9011 Mountain Ridge Dr., Suite 210
Austin, Texas 78759
Telephone: 512-840-0022
Facsimile:  210-538-5384

By: */s/ Christopher Schulz*
**CHRISTOPHER SCHULZ**
State Bar No. 24060576
Email: cshulz@slh-law.com
**ELIZABETH ANGELONE**
State Bar No. 24077349
Email:eanglone@slh-law.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                            /s/ Elizabeth A. Angelone
                                            **Attorney for Defendants**