UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | | |
|---|---|---|
| ROSS PONDER AND SARAH PONDER, INDIVIDUALLY, AND AS NEXT FRIEND OF H.P., L.P., and R.P., MINORS,<br>    Plaintiffs, | § § § § § | |
| VS. | § | CIVIL ACTION NO. 1:25-cv-00615 ADA-SH |
| AUSTIN MONTESSORI SCHOOL, INC.; RONALD GRAE BAKER, INDIVIDUALLY; and JINNY GONZALEZ, INDIVIDUALLY,<br>    Defendants. | § § § § § § | |

**ORDER**

This Court, after considering Plaintiffs', Ross Ponder and Sarah Ponder, Individually, and as Next Friend of H.P., L.P., and R.P. minors, Opposed Motion to Remand to the 345th Judicial District Court, Travis County, Texas, is of the opinion that the Motion should be granted.

**IT IS ORDERED** that Plaintiffs', Ross Ponder and Sarah Ponder, Individually, and as Next Friend of H.P., L.P., and R.P. minors, Opposed Motion to Remand to the 345th Judicial District Court, Travis County, Texas, is **GRANTED** and the action is hereby remanded to the 345th Judicial District Court, Travis County, Texas.

**SIGNED** THIS _____ day of _____, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE