# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISON

| | | |
|---|---|---|
| **ROSS PONDER AND SARAH PONDER,** | § | |
| **INDIVIDUALLY, AND AS NEXT FRIEND** | § | |
| **OF H.P., L.P., and R.P., MINORS,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 1:25-cv-00615 ADA-SH** |
| | § | |
| **AUSTIN MONTESSORI SCHOOL, INC.;** | § | |
| **RONALD GRAE BAKER, INDIVIDUALLY;** | § | |
| **and JINNY GONZALEZ, INDIVIDUALLY,** | § | |
| **Defendants.** | § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS

COME NOW, Plaintiffs, Ross Ponder and Sarah Ponder, Individually, and as Next Friend of H.P., L.P., and R.P. minors, ("Ponders" or "Plaintiffs"), and files this Unopposed Motion for Extension of Time to File a Response to Defendants' Motion to Dismiss, and in support thereof would respectfully show the Court as follows:

1. Plaintiffs move for a 30-day extension to respond to Defendants' Motion to Dismiss filed on May 1, 2025.

2. The Court's docket states that Plaintiffs' deadline to respond to the Motion to Dismiss is currently May 15, 2025. With the requested extension, Plaintiffs' response would be due June 16, 2025. Plaintiffs believe that the interests of justice will be served by extending the response date in order to provide Plaintiffs with sufficient time to properly investigate and respond to the Motion to Dismiss. This motion is unopposed.

3. Accordingly, Plaintiffs request the Court grant the foregoing motion and enter an order extending Plaintiffs' deadline to respond to the Motion to Dismiss up to and including June

16, 2025.

Respectfully submitted,

**WELBORN LAW LLC**
8712 Mesa Suite B206
Austin, Teas 78759
Telephone: (512) 825-3390


By:___*/s/ Amy C. Welborn*_____
    Amy C. Welborn
    State Bar No. 24012853
    amy@welborn-law.com

ATTORNEY FOR PLAINTIFFS


## CERTIFICATE OF CONFERENCE

The undersigned certifies counsel have conferred and Defendants' counsel agreed to the

relief sought.  Accordingly, this Motion and the extension requested herein are unopposed.


*/s/ Amy C. Welborn*_____
Amy C. Welborn


## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing

document via the Court's CM/ECF system on 7th day of May 2025.


*/s/ Amy C. Welborn*_____
Amy C. Welborn