UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, INDIVIDUALLY, AND AS NEXT FRIEND OF H.P., L.P., and R.P., MINORS,<br>　　Plaintiffs,<br><br>VS.<br><br>AUSTIN MONTESSORI SCHOOL, INC.; RONALD GRAE BAKER, INDIVIDUALLY; and JINNY GONZALEZ, INDIVIDUALLY,<br>　　Defendants. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 1:25-cv-00615 ADA-SH |

## ORDER

Before the Court is the Plaintiffs' Unopposed Motion for Extension of Time to File a Response to Defendants' Motion to Dismiss. After considering the same, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that the deadline for Plaintiffs to file a Response to Defendants' Motion to Dismiss is fixed at June 16, 2025.

**SIGNED** THIS _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE