# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>    *Plaintiffs,* § <br> § <br> v. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>    *Defendants.* § | CIVIL ACTION NO. 1:25-cv-00615-ADA-SH |

## ORDER DENYING PLAINTIFF'S MOTION TO REMAND

On this date, the Court considered Plaintiff's "motion to remand" (Docket No. 9), as well as Defendant's response. After considering the pleadings, the Court DENIES Plaintiff's motion in all respects.

Signed on _____

_____
Hon. Judge Susan Hightower
United States Magistrate Judge

1