UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>     Plaintiffs, § <br> § <br> VS. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>     Defendants. § | CIVIL ACTION NO. 1:25-cv-00615 ADA-SH |

### PLAINTIFFS' UNOPPOSED MOTION TO SEAL

COME NOW, Plaintiffs, Ross Ponder and Sarah Ponder, Individually, and as Next Friend of H.P., L.P., and R.P. minors, ("Ponders" or "Plaintiffs"), and pursuant to Dkt. 10 Deficiency Notice to the Privacy Policy for personal identifiers and as provided by the E-Government Act of 2002, files this Unopposed Motion to Seal the unredacted Dkt. 9-2 Exhibit "B" to Dkt. 9 Plaintiffs' Opposed Motion to Remand and hereby provides a REDACTED public version copy of Exhibit "B" to replace the unredacted Exhibit "B".

Respectfully submitted,

**WELBORN LAW LLC**
8712 Mesa Suite B206
Austin, Teas 78759
Telephone: (512) 825-3390


By: _/s/ Amy C. Welborn_
    Amy C. Welborn
    State Bar No. 24012853
    amy@welborn-law.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF CONFERENCE**

The undersigned certifies counsel have conferred and Defendants' counsel agreed to the relief sought.  Accordingly, this Motion is submitted as unopposed.

>                          */s/ Amy C. Welborn*
>                           Amy C. Welborn

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on 20th day of May 2025.

>                          */s/ Amy C. Welborn*
>                           Amy C. Welborn