UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, INDIVIDUALLY, AND AS NEXT FRIEND OF H.P., L.P., and R.P., MINORS,<br>　　Plaintiffs,<br><br>VS.<br><br>AUSTIN MONTESSORI SCHOOL, INC.; RONALD GRAE BAKER, INDIVIDUALLY; and JINNY GONZALEZ, INDIVIDUALLY,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 1:25-cv-00615 ADA-SH<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Plaintiffs' Unopposed Motion to Seal the unredacted Dkt. 9-2 Exhibit "B" to Dkt. 9 Plaintiffs' Opposed Motion to Remand. After considering the same, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that the unredacted Dkt. 9-2 Exhibit "B" to Dkt. 9 Plaintiffs' Opposed Motion to Remand is hereby SEALED;

It is further ORDERED the Clerk of the Court is to use Plaintiffs' provided REDACTED copy of Exhibit "B" Dkt. 9-2 as the public version.

**SIGNED** THIS _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE