# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>     Plaintiffs, § <br> § <br> VS. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>     Defendants. § | CIVIL ACTION NO. 1:25-cv-00615 ADA-SH |

**AFFIDAVIT OF ATTORNEY FEES**

Before me, the undersigned authority, on this day personally appeared Amy C. Welborn who, being by me duly sworn, deposed as follows:

    My name is Amy Catherine Welborn.  I am of sound mind, over the age of eighteen (18) years of age, and capable of making this affidavit, and personally acquainted with the facts herein stated:

1. I am an attorney and am licensed in Texas.  My bar number is 24012853.

2. I am the managing partner at Welborn Law, LLC.

3. I represent Plaintiffs, Ross and Sarah Ponder, in the above styled matter.

4. I have an hourly fees contract with the Ponders.  They also pay expenses.  My rate is $400 an hour. My firm law clerk rate is $200 an hour.  My firm paralegal rate is $150 an hour.

5. To prepare the Motion to Remand and the Reply to the Motion to Remand, my paralegal billed $1050.  My law clerk billed $1600.  I billed $2080.  The total fees associated with the Remand are $4.730.

1

6. These fees are reasonable and were necessary to prepare the remand.

7. Further sayth not.

_____
Affiant Amy C. Welborn

SWORN AND SUBSCRIBED before me on the 27th day of May, 2025.

_____
Notary Public in and for
The State of Texas

KIMBERLY S. CHAMBERS
Notary Public, State of Texas
Comm. Expires 02-08-2027
Notary ID 131886119

2