## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISON

| | | |
|---|---|---|
| ROSS PONDER AND SARAH PONDER, INDIVIDUALLY, AND AS NEXT FRIEND OF H.P., L.P., and R.P., MINORS, *Plaintiffs*, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 1:25-cv-00615-ADA-SH |
| AUSTIN MONTESSORI SCHOOL, INC.; RONALD GRAE BAKER, INDIVIDUALLY; and JINNY GONZALEZ, INDIVIDUALLY, *Defendants*. | § § § § § | |

### ORDER GRANTING DEFENDANTS' MOTION TO STRIKE (DKT. 15) AS UNTIMELY AND STRIKE NEW EVIDENCE, OR IN THE ALTERNATIVE, OPPOSED MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF OPPOSED MOTION TO REMAND

ON THIS DAY CAME BEFORE THE COURT, Defendants Motion to Strike (Dkt. 15) as Untimely and Strike New Evidence, or in the Alternative, Opposed Motion for Leave to File Surreply to Plaintiff's Reply in Support of Opposed Motion to Remand (Dkt. 15). After consideration of the foregoing Motion, the Court finds that the foregoing Motion to Strike should be GRANTED.

It is, therefore, ORDERED, that Plaintiff's Reply in Support of Opposed Motion to Remand (Dkt. 15) and all additional evidence be stricken from the record.

Signed on _____

_____
Hon. Judge Susan Hightower
United States Magistrate Judge

1