## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>    *Plaintiffs*, § <br> § <br> v. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>    *Defendants.* § | CIVIL ACTION NO. 1:25-cv-00615-ADA-SH |

### ORDER GRANTING DEFENDANTS' AMENDED MOTION TO STRIKE PLAINTIFF'S UNTIMELY AND IMPROPER REPLY TO ITS MOTION TO REMAND

On this day, the Court considered Defendants' Opposed Amended Motion to Strike Plaintiff's Untimely and Improper Reply to its Motion to Remand. Having considered the Motion and the applicable law, the Court finds that the Motion is meritorious and should be GRANTED.

It is therefore ORDERED that Plaintiff's Reply in Support of the Opposed Motion to Remand, Docket 15, is hereby STRICKEN from the record.

Signed on _____

_____

1