UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, § <br> INDIVIDUALLY, AND AS NEXT FRIEND § <br> OF H.P., L.P., and R.P., MINORS, § <br>     Plaintiffs, § <br> § <br> VS. § <br> § <br> AUSTIN MONTESSORI SCHOOL, INC.; § <br> RONALD GRAE BAKER, INDIVIDUALLY; § <br> and JINNY GONZALEZ, INDIVIDUALLY, § <br>     Defendants. § | CIVIL ACTION NO. 1:25-cv-00615 ADA-SH |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

COME NOW Plaintiffs, Ross Ponder and Sarah Ponder, Individually and as Next Friend of H.P., L.P. and R.P., minors ("Ponders" or "Plaintiff"), and file their unopposed Motion for Leave to File First Amended Complaint against Defendants Austin Montessori School, Inc.("AMS"), Grae Baker ("Baker"), and Jinny Gonzalez ("Gonzalez") (collectively "Defendants") and show the Court as follows:

1.     Plaintiffs respectfully move the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file an Amended Complaint, a copy of which is attached hereto as Exhibit "A". The new complaint removes a number of causes of action that Plaintiffs no longer intend to pursue based on additional facts that have been discovered.

2.     Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

3.     Allowing Plaintiffs to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

4.	Through the Amended Complaint, Plaintiffs seek to remove several causes of action and add additional factual detail to support the existing causes of action.

5.	For all these reasons, and those stated in the attached memorandum in support, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the attached Amended Complaint. Also attached is a proposed order.

        Respectfully submitted,

        **WELBORN LAW LLC**
        8712 Mesa Suite B206
        Austin, Teas 78759
        Telephone: (512) 825-3390

        By: */s/ Amy C. Welborn*
          Amy C. Welborn
          State Bar No. 24012853
          amy@welborn-law.com

        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

The undersigned certifies counsel conferred on June 11, 2025, and Defendants' counsel agreed to the relief sought. Accordingly, this Motion and the leave requested herein are unopposed.

        */s/ Amy C. Welborn*
        Amy C. Welborn

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on 11th day of June 2025.

        */s/ Amy C. Welborn*
        Amy C. Welborn