UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ROSS PONDER AND SARAH PONDER, INDIVIDUALLY, AND AS NEXT FRIEND OF H.P., L.P., and R.P., MINORS,<br>　　Plaintiffs,<br><br>VS.<br><br>AUSTIN MONTESSORI SCHOOL, INC.;<br>RONALD GRAE BAKER, INDIVIDUALLY;<br>and JINNY GONZALEZ, INDIVIDUALLY,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:25-cv-00615 ADA-SH<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

This Court, after considering Plaintiffs', Ross Ponder and Sarah Ponder, Individually, and as Next Friend of H.P., L.P., and R.P. minors, Unopposed Motion for Leave to File First Amended Complaint and Plaintiffs' Memorandum In Support of Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint against Defendants Austin Montessori School, Inc.("AMS"), Grae Baker ("Baker"), and Jinny Gonzalez ("Gonzalez"), is of the opinion that the Motion should be granted.

**IT IS ORDERED** that Plaintiffs', Ross Ponder and Sarah Ponder, Individually, and as Next Friend of H.P., L.P., and R.P. minors, Unopposed Motion for Leave to File First Amended Complaint against Defendants Austin Montessori School, Inc.("AMS"), Grae Baker ("Baker"), and Jinny Gonzalez ("Gonzalez"), is **GRANTED** and the Clerk of Court is hereby ordered to receive and enter Plaintiffs' First Amended Complaint into the record of this proceeding.

**SIGNED** THIS _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE