**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| ROSS PONDER, SARAH PONDER, H.P., L.P., and R.P.,<br>**Plaintiff** | §§§§ | |
| v. | §§ | No. 1:25-cv-00615-ADA-SH |
| AUSTIN MONTESSORI SCHOOL, INC., RONALD GRAE BAKER, and JINNY GONZALEZ,<br>**Defendants** | §§§§ | |

## ORDER

By Text Orders issued June 11, 2025, the Court granted Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint (Dkt. 18) and Plaintiffs' Unopposed Motion for Leave to File Unopposed First Amended Motion for Remand (Dkt. 20). Accordingly, the Court **ORDERS the Clerk to FILE** Plaintiffs' First Amended Complaint (Dkt. 18-1) and Plaintiffs' First Amended Motion for Remand (Dkt. 20-1).

In light of the amended filings, it is **FURTHER ORDERED** that Defendants' Rule 12(b)(6) Motion to Dismiss (Dkt. 8), Plaintiff's Opposed Motion to Remand (Dkt. 9), Plaintiffs' Unopposed Motino to Seal (Dkt. 14), and Defendants' Opposed Amended Motion to Strike Plaintiffs' Motion to Remand (Dkt. 17) are **DIMISSED** as **MOOT**.

**SIGNED** on June 11, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE