UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ross Ponder, et al., | § | |
| | § | |
| v. | § | Case No. 1:25-CV-00615-ADA-SH |
| | § | |
| Austin Montessori School, Inc., et al., | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower. Dkt. 25. Judge Hightower issued her report and recommendation on July 14, 2025. *Id.* at 4. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate's report and recommendation for clear error.

Because no party has filed timely objections, the Court has reviewed the report and recommendation for clear error. Having found no such error, the Court **ORDERS** that (1) the report and recommendation is **ADOPTED**; (2) Plaintiffs' Unopposed First Amended Motion to Remand, Dkt. 23, is **GRANTED**; and (3) this action is **REMANDED** to the 345th Judicial District of Travis County, Texas.

**SIGNED** on July 31, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE